LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN
Chief, Civil Litigation Division

CLAY R. SMITH, ISB # 6385
Deputy Attorneys General
Statehouse, Room 210
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile:(208) 854-8073
clay.smith@ag.idaho.gov
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSELL KNAPP, SANDRA KNAPP, As legal guardians of Jason Knapp, JANA SCHULTZ, as legal guardian of Toby Schultz, <br><br> Plaintiffs, <br> v. <br><br> RICHARD ARMSTRONG, in his official Capacity as Director of the Idaho Department of Health and Welfare, LESLIE CLEMENT, in her official capacity As Medicaid Administrator of the Idaho Department of Health and Welfare, <br><br> Defendants. | Case No. 1:11-cv-00307-BLW <br><br><br> SECOND DECLARATION OF PAIGE GROOMS |

I, PAIGE GROOMS, declare as follows:

1.      My name is Paige Grooms.  I previously submitted a declaration in this matter (Dkt. 10-1) that describes my educational training, professional experience generally, and current and past responsibilities within the Idaho Department of Health and Welfare ("Department").

2.      On July 22, 2011, the Department electronically filed the application for an amendment to the waiver issued under 42 U.S.C. § 1396n(c) for adults with developmental disabilities that was referred to in paragraph 15 of my prior declaration. Annexed hereto as Exhibit A is the application as electronically submitted to the Centers for Medicare and Medicaid Services ("CMS").   The email acknowledgment from the CMS of the submission is attached as Exhibit B.

This concludes my declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

DATED this 25th day of July 2011.


By   /s/ *Paige Grooms*
     PAIGE GROOMS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and serviced a copy of said document upon all parties by the method listed below:

***Attorneys for Plaintiffs***
James M. Piotrowski
Marty Durand
HERZFELD & PIOTROWSKI, LLP
p.o. Box 2864
824 W. Franklin Street
Boise, Idaho 83701

☒ CM/ECF

/s/ *Clay R. Smith*
CLAY R. SMITH
Deputy Attorney General

# EXHIBIT A

# 1915(c) WAIVER AMENDMENT APPLICATION SUBMITTED ON JULY 22, 2011

# Request for an Amendment to a §1915(c) Home and Community-Based Services Waiver

## 1. Request Information

A. The State of Idaho requests approval for an amendment to the following Medicaid home and community-based services waiver approved under authority of §1915(c) of the Social Security Act.

B. **Program Title:**
   Idaho Developmental Disabilities Waiver (renewal)

C. **Waiver Number: ID.0076**
   Original Base Waiver Number: ID.0076.90.R3B

D. **Amendment Number: ID.0076.R04.04**

E. **Proposed Effective Date:** *(mm/dd/yy)*
   08/05/11
   Approved Effective Date of Waiver being Amended: 10/01/07

## 2. Purpose(s) of Amendment

**Purpose(s) of the Amendment.** Describe the purpose(s) of the amendment:
Idaho will offer residential habilitation program coordination services for certified family home providers as an administrative service through a selective contract.

## 3. Nature of the Amendment

A. **Component(s) of the Approved Waiver Affected by the Amendment.** This amendment affects the following component(s) of the approved waiver. Revisions to the affected subsection(s) of these component(s) are being submitted concurrently *(check each that applies)*:

| Component of the Approved Waiver | Subsection(s) |
|---|---|
| ☑ Waiver Application | 2 |
| ☑ Appendix A – Waiver Administration and Operation | A-3,5,6 |
| ☐ Appendix B – Participant Access and Eligibility | |
| ☑ Appendix C – Participant Services | C1/3 |
| ☐ Appendix D – Participant Centered Service Planning and Delivery | |
| ☐ Appendix E – Participant Direction of Services | |
| ☐ Appendix F – Participant Rights | |
| ☐ Appendix G – Participant Safeguards | |
| ☐ Appendix H | |
| ☐ Appendix I – Financial Accountability | |
| ☐ Appendix J – Cost-Neutrality Demonstration | |

B. **Nature of the Amendment.** Indicate the nature of the changes to the waiver that are proposed in the amendment *(check each that applies)*:
   ☐ Modify target group(s)
   ☐ Modify Medicaid eligibility
   ☐ Add/delete services
   ☐ Revise service specifications

- ☐ **Revise provider qualifications**
- ☐ **Increase/decrease number of participants**
- ☐ **Revise cost neutrality demonstration**
- ☐ **Add participant-direction of services**
- ☑ **Other**

  Specify:
  Amend the waiver to reflect that contracted administrative service for program coordination, quality assurance and quality improvement provided to CFH providers to support their provision of residential habilitation for participants choosing to live in CFH.

# Application for a §1915(c) Home and Community-Based Services Waiver

## 1. Request Information (1 of 3)

A. The **State of Idaho** requests approval for a Medicaid home and community-based services (HCBS) waiver under the authority of §1915(c) of the Social Security Act (the Act).

B. **Program Title** *(optional - this title will be used to locate this waiver in the finder)*:
   **Idaho Developmental Disabilities Waiver (renewal)**

C. **Type of Request: amendment**

   **Requested Approval Period:** *(For new waivers requesting five year approval periods, the waiver must serve individuals who are dually eligible for Medicaid and Medicare.)*

   ○ 3 years ● 5 years

   **Original Base Waiver Number: ID.0076**
   **Waiver Number: ID.0076.R04.04**
   **Draft ID:** **ID.03.04.12**

D. **Type of Waiver** *(select only one):*

   | Regular Waiver ▼ |

E. **Proposed Effective Date of Waiver being Amended: 10/01/07**
   **Approved Effective Date of Waiver being Amended: 10/01/07**

## 1. Request Information (2 of 3)

F. **Level(s) of Care.** This waiver is requested in order to provide home and community-based waiver services to individuals who, but for the provision of such services, would require the following level(s) of care, the costs of which would be reimbursed under the approved Medicaid State plan (*check each that applies*):

   ☐ **Hospital**

   Select applicable level of care

   ○ Hospital as defined in 42 CFR §440.10

   If applicable, specify whether the State additionally limits the waiver to subcategories of the hospital level of care:

   |                              ⇕ |

   ○ Inpatient psychiatric facility for individuals age 21 and under as provided in 42 CFR §440.160

   ☐ **Nursing Facility**

   Select applicable level of care

   ○ Nursing Facility As defined in 42 CFR §440.40 and 42 CFR §440.155

   If applicable, specify whether the State additionally limits the waiver to subcategories of the nursing facility level of care:

> ⌃
> ⌄

○ **Institution for Mental Disease for persons with mental illnesses aged 65 and older as provided in 42 CFR §440.140**

☑ **Intermediate Care Facility for the Mentally Retarded (ICF/MR) (as defined in 42 CFR §440.150)**

If applicable, specify whether the State additionally limits the waiver to subcategories of the ICF/MR level of care:

> ⌃
> ⌄

## 1. Request Information (3 of 3)

G. **Concurrent Operation with Other Programs.** This waiver operates concurrently with another program (or programs) approved under the following authorities
Select one:

⦿ **Not applicable**

○ **Applicable**

Check the applicable authority or authorities:

☐ **Services furnished under the provisions of §1915(a)(1)(a) of the Act and described in Appendix I**

☐ **Waiver(s) authorized under §1915(b) of the Act.**

Specify the §1915(b) waiver program and indicate whether a §1915(b) waiver application has been submitted or previously approved:

> ⌃
> ⌄

Specify the §1915(b) authorities under which this program operates *(check each that applies)*:

☐ **§1915(b)(1) (mandated enrollment to managed care)**

☐ **§1915(b)(2) (central broker)**

☐ **§1915(b)(3) (employ cost savings to furnish additional services)**

☐ **§1915(b)(4) (selective contracting/limit number of providers)**

☐ **A program operated under §1932(a) of the Act.**

Specify the nature of the State Plan benefit and indicate whether the State Plan Amendment has been submitted or previously approved:

> ⌃
> ⌄

☐ **A program authorized under §1915(i) of the Act.**

☐ **A program authorized under §1915(j) of the Act.**

☐ **A program authorized under §1115 of the Act.**

Specify the program:

> ⌃
> ⌄

H. **Dual Eligiblity for Medicaid and Medicare.**
Check if applicable:

☐ **This waiver provides services for individuals who are eligible for both Medicare and Medicaid.**

## 2. Brief Waiver Description

**Brief Waiver Description.** *In one page or less*, briefly describe the purpose of the waiver, including its goals, objectives, organizational structure (e.g., the roles of state, local and other entities), and service delivery methods.
Idaho makes waiver services available to eligible participants to prevent unnecessary institutional placement, provide for the greatest degree of independence possible, enhance the quality of life, encourage individual choice, and achieve and maintain

community integration. For a participant to be eligible, the Department must find that the participant requires services due to a developmental disability that impairs his mental or physical function or independence, is capable of being maintained safely and effectively in a non-institutional setting, and would, in the absence of such services, need to reside in an ICF/MR.

The Department contracts with an Independent Assessment Provider (IAP) to determine eligibility, review and conduct necessary assessments to make level of care determinations, and assign an individualized budget. Review and approval of proposed plans of care, complex cases, reconsiderations of decision, and appeals are handled directly by the Department.

Eligible participants may choose to recieve either traditional waiver services or self-directed services. Participants who select traditional services use a plan developer to develop a plan of care that outlines the services and supports necessary to maintain the participant safely and effectively in the community. Participants who select traditional pathway services receive Medicaid waiver services from traditional Medicaid providers who have provider numbers and bill directly through the MMIS system. Participants who select traditional waiver services have an option to receive residential habilitation in the home of a provider (Certified Family Home)who is certified by the State and provides the direct services to the participant or through a residential habilitation agency who provides supported living services to the individual in their own home. When the participant selects to live in a Certified Family Home and receive residential habilitation services, the Department has implemented an administrative service through a contract to cover program coordination, provider quality assurance and quality improvement activities, for certified family home provision of residential habilitation.

Participants who select self-directed services use a support broker to develop a plan of care that outlines the services and supports necessary to maintain the participant safely and effectively in the community. Self-directed participants also select and make use of financial management providers to enter into agreements with their selected community supports. The participants' community supports bill for services through their chosen financial management provider who has entered into a provider agreement with Medicaid.

# 3. Components of the Waiver Request

The waiver application consists of the following components. *Note: Item 3-E must be completed.*

A. **Waiver Administration and Operation.** Appendix A specifies the administrative and operational structure of this waiver.

B. **Participant Access and Eligibility.** Appendix B specifies the target group(s) of individuals who are served in this waiver, the number of participants that the State expects to serve during each year that the waiver is in effect, applicable Medicaid eligibility and post-eligibility (if applicable) requirements, and procedures for the evaluation and reevaluation of level of care.

C. **Participant Services.** Appendix C specifies the home and community-based waiver services that are furnished through the waiver, including applicable limitations on such services.

D. **Participant-Centered Service Planning and Delivery.** Appendix D specifies the procedures and methods that the State uses to develop, implement and monitor the participant-centered service plan (of care).

E. **Participant-Direction of Services.** When the State provides for participant direction of services, Appendix E specifies the participant direction opportunities that are offered in the waiver and the supports that are available to participants who direct their services. (*Select one*):

  ⊙ **Yes. This waiver provides participant direction opportunities.** *Appendix E is required.*
  ○ **No. This waiver does not provide participant direction opportunities.** *Appendix E is not required.*

F. **Participant Rights.** Appendix F specifies how the State informs participants of their Medicaid Fair Hearing rights and other procedures to address participant grievances and complaints.

G. **Participant Safeguards.** Appendix G describes the safeguards that the State has established to assure the health and welfare of waiver participants in specified areas.

H. **Quality Improvement Strategy.** Appendix H contains the Quality Improvement Strategy for this waiver.

In addition, administration and oversight of the waiver program is governed by Idaho Administrative Code. The Department typically engages in negotiated rulemaking to develop proposed changes to administrative rules. Prior to final implementation of any proposed changes to administrative rules, the proposed rules must be published in the Idaho Administrative Bulletin, the public is given an opportunity to comment on the proposed rules, and the Idaho Legislature must review and approve the proposed changes.

J. **Notice to Tribal Governments.** The State assures that it has notified in writing all federally-recognized Tribal Governments that maintain a primary office and/or majority population within the State of the State's intent to submit a Medicaid waiver request or renewal request to CMS at least 60 days before the anticipated submission date is provided by Presidential Executive Order 13175 of November 6, 2000. Evidence of the applicable notice is available through the Medicaid Agency.

K. **Limited English Proficient Persons.** The State assures that it provides meaningful access to waiver services by Limited English Proficient persons in accordance with: (a) Presidential Executive Order 13166 of August 11, 2000 (65 FR 50121) and (b) Department of Health and Human Services "Guidance to Federal Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Persons" (68 FR 47311 - August 8, 2003). **Appendix B** describes how the State assures meaningful access to waiver services by Limited English Proficient persons.

# 7. Contact Person(s)

A. The Medicaid agency representative with whom CMS should communicate regarding the waiver is:

| | |
|---|---|
| Last Name: | Grooms |
| First Name: | Paige |
| Title: | Alternative Care Coordinator |
| Agency: | Idaho Division of Medicaid |
| Address: | P.O. Box 83720 |
| Address 2: | |
| City: | Boise |
| State: | Idaho |
| Zip: | 83720-0036 |
| Phone: | (208) 947-3364    Ext: ☐ TTY |
| Fax: | (208) 332-7286 |
| E-mail: | groomsp@dhw.idaho.gov |

B. If applicable, the State operating agency representative with whom CMS should communicate regarding the waiver is:

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Title: | |
| Agency: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | Idaho |

| | |
|---|---|
| Zip: | |
| Phone: | Ext: ☐ TTY |
| Fax: | |
| E-mail: | |

## 8. Authorizing Signature

This document, together with Appendices A through J, constitutes the State's request for a waiver under §1915(c) of the Social Security Act. The State assures that all materials referenced in this waiver application (including standards, licensure and certification requirements) are *readily* available in print or electronic form upon request to CMS through the Medicaid agency or, if applicable, from the operating agency specified in Appendix A. Any proposed changes to the waiver will be submitted by the Medicaid agency to CMS in the form of waiver amendments.

Upon approval by CMS, the waiver application serves as the State's authority to provide home and community-based waiver services to the specified target groups. The State attests that it will abide by all provisions of the approved waiver and will continuously operate the waiver in accordance with the assurances specified in Section 5 and the additional requirements specified in Section 6 of the request.

| | |
|---|---|
| Signature: | Rachel Strutton |
| | State Medicaid Director or Designee |
| Submission Date: | Jul 22, 2011 |

| | |
|---|---|
| Last Name: | Strutton |
| First Name: | Rachel |
| Title: | Adminsitrative Assistant |
| Agency: | Idaho Medicaid |
| Address: | 3232 Elder St. |
| Address 2: | |
| City: | Boise |
| State: | Idaho |
| Zip: | 83705 |
| Phone: | (208) 364-1836 |
| Fax: | (208) 364-1811 |
| E-mail: | struttor@dhw.idaho.gov |

## Attachment #1: Transition Plan

Specify the transition plan for the waiver:

N/A

## Additional Needed Information (Optional)

Provide additional needed information for the waiver (optional):

the methods that the Medicaid agency uses to ensure that the operating agency performs its assigned waiver operational and administrative functions in accordance with waiver requirements. Also specify the frequency of Medicaid agency assessment of operating agency performance:

**As indicated in section 1 of this appendix, the waiver is not operated by a separate agency of the State. Thus this section does not need to be completed.**

## Appendix A: Waiver Administration and Operation

3. **Use of Contracted Entities.** Specify whether contracted entities perform waiver operational and administrative functions on behalf of the Medicaid agency and/or the operating agency (if applicable) (*select one*):

   ⦿ **Yes. Contracted entities perform waiver operational and administrative functions on behalf of the Medicaid agency and/or operating agency (if applicable).**
   Specify the types of contracted entities and briefly describe the functions that they perform. *Complete Items A-5 and A-6.*:
   The Department contracts with an Independent Assessment Provider (IAP) to complete level of care determinations and assign individualized budgets.

   Additionally, the Department contracts with a Program Coordination Provider who provides administrative services on behalf of the Department for the oversight, quality assurance and program coordination of the residential habilitation programing provided by the Certified Family Home provider.

   ○ **No. Contracted entities do not perform waiver operational and administrative functions on behalf of the Medicaid agency and/or the operating agency (if applicable).**

## Appendix A: Waiver Administration and Operation

4. **Role of Local/Regional Non-State Entities.** Indicate whether local or regional non-state entities perform waiver operational and administrative functions and, if so, specify the type of entity (*Select One*):

   ⦿ **Not applicable**
   ○ **Applicable** - Local/regional non-state agencies perform waiver operational and administrative functions.
   Check each that applies:

   ☐ **Local/Regional non-state public agencies** perform waiver operational and administrative functions at the local or regional level. There is an **interagency agreement or memorandum of understanding** between the State and these agencies that sets forth responsibilities and performance requirements for these agencies that is available through the Medicaid agency.

   *Specify the nature of these agencies and complete items A-5 and A-6:*

   ☐ **Local/Regional non-governmental non-state entities** conduct waiver operational and administrative functions at the local or regional level. There is a contract between the Medicaid agency and/or the operating agency (when authorized by the Medicaid agency) and each local/regional non-state entity that sets forth the responsibilities and performance requirements of the local/regional entity. The **contract(s)** under which private entities conduct waiver operational functions are available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

   *Specify the nature of these entities and complete items A-5 and A-6:*

## Appendix A: Waiver Administration and Operation

5. **Responsibility for Assessment of Performance of Contracted and/or Local/Regional Non-State Entities.** Specify the state agency or agencies responsible for assessing the performance of contracted and/or local/regional non-state entities in conducting waiver operational and administrative functions:
   The Idaho Division of Medicaid, Bureau of Developmental Disability Services oversees the contract with the Independent Assessment Provider (IAP), and the Residential Habilitation Program Coordination Contract, with the Program Coordination Contractor.

## Appendix A: Waiver Administration and Operation

6. **Assessment Methods and Frequency.** Describe the methods that are used to assess the performance of contracted and/or local/regional non-state entities to ensure that they perform assigned waiver operational and administrative functions in accordance with waiver requirements. Also specify how frequently the performance of contracted and/or local/regional non-state entities is assessed:
   IAP contract monitoring: Contract monitoring reviews the performance of the Independent Assessment Provider (IAP).

   Monthly (IAP) data and review: Data is collected that reflects the IAP's performance according to the defined business model timeframes. When performance measures are not met, or there are changes in performance expectations, program managers from the DD Bureau and the IAP contractor discuss the issues and identify changes as needed to get back on track. The Department has ongoing access and reviews this data on a monthly basis.

   Quarterly contract monitoring reports: This report looks at each performance standard and provides information in relation to compliance. This report evaluates compliance with timeframes and accuracy in determining level of care eligibility according to the business model. The contract monitoring report looks at training provided to IAP's during the quarter and any complaints and resolutions that may have come up during the quarter. If the performance was not satisfactory, follow-up is completed by the DD Bureau contract monitor to develop a plan of correction specific to the problem area.

   IAP performance review: This process looks at the IAP files. The goal is to establish that regional IAP offices are consistent with the statewide business model. The areas reviewed are: documents are tracked and accessible; necessary signatures are obtained; documents are processed within business model timeframes; accurate documentation related to participant diagnosis, medical history and medical or behavioral needs are recorded, level of care eligibility correctly determined according to the Idaho standard, demographic information is correctly recorded.

   Outcome-Based Review: The intent of the outcome-based review is to ensure that the components of the business model are being implemented consistently across the state to ensure participants are receiving services to meet their needs. This review is a quality management strategy focused on collecting information directly from the participant and their caregivers. It validates that participants are correctly determined eligible for waiver programs, participant and guardian satisfaction with services, services continue to be clinically necessary, services accurately reflect the assessed need of the participant, identified services constitute appropriate care and warrant continued authorization, statewide consistent service delivery, statewide consistent process delivery, and compliance with the regulations governing the DD waiver. Components that are reviewed in relation to the IAP include correctly assessing the participant and determining program eligibility.

   One or both of the IAP performance reviews are completed on an annual basis. The information received through these review processes validate the performance of the IAP in relation to clinical decision making. This information is provided to the IAP. A plan of correction must be developed for those areas not meeting contract performance standards.

   Residential Habilitation Program Coordination for CFH Providers:

The following Performance Reporting is required by the RES HAB Program Coordinator Contractor and shall be reviewed monthly by the BDDS contract monitor:

Monthly Res Hab Outcome Data Report
Monthly Incoming Complaint Report
Monthly Health and Safety Report
Monthly CFH provider Compliance Report
Monthly CFH provider implementation Issues Report
Reconciled Billing Report

In addition the Res Hab Program Coordination for CFH Contract also requires the following reports that will be reviewed quarterly by the BDDS contract monitor:
Quarterly Report will be submitted to summarize progress for the quarter in measurable objectives towards all reporting requirements.
Quarterly Quality Assurance Report- 10% of each caseload will be reviewd by hub supervisors for reivew of accuracy of documents, timeliness and completeness of res hab programing, CFH provider issues and followup and participant/CFH satisfaction.

Finally, at least on an annual basis, the contractor will conduct a participant and CFH satisfaction survey .

## Appendix A: Waiver Administration and Operation

7. **Distribution of Waiver Operational and Administrative Functions.** In the following table, specify the entity or entities that have responsibility for conducting each of the waiver operational and administrative functions listed (*check each that applies*):
   In accordance with 42 CFR §431.10, when the Medicaid agency does not directly conduct a function, it supervises the performance of the function and establishes and/or approves policies that affect the function. All functions not performed directly by the Medicaid agency must be delegated in writing and monitored by the Medicaid Agency. *Note: More than one box may be checked per item. Ensure that Medicaid is checked when the Single State Medicaid Agency (1) conducts the function directly; (2) supervises the delegated function; and/or (3) establishes and/or approves policies related to the function.*

| Function | Medicaid Agency | Contracted Entity |
|---|---|---|
| Participant waiver enrollment | ☑ | ☑ |
| Waiver enrollment managed against approved limits | ☑ | ☐ |
| Waiver expenditures managed against approved levels | ☑ | ☐ |
| Level of care evaluation | ☑ | ☑ |
| Review of Participant service plans | ☑ | ☐ |
| Prior authorization of waiver services | ☑ | ☐ |
| Utilization management | ☑ | ☐ |
| Qualified provider enrollment | ☑ | ☐ |
| Execution of Medicaid provider agreements | ☑ | ☐ |
| Establishment of a statewide rate methodology | ☑ | ☐ |
| Rules, policies, procedures and information development governing the waiver program | ☐ | ☐ |
| Quality assurance and quality improvement activities | ☑ | ☑ |

## Appendix A: Waiver Administration and Operation

### Quality Improvement: Administrative Authority of the Single State Medicaid Agency

# Appendix C: Participant Services
## C-1: Summary of Services Covered (1 of 2)

a. **Waiver Services Summary.** *List the services that are furnished under the waiver in the following table. If case management is not a service under the waiver, complete items C-1-b and C-1-c:*

| Service Type | Service |
|---|---|
| Statutory Service | Residential Habilitation |
| Statutory Service | Respite |
| Statutory Service | Supported Employment |
| Extended State Plan Service | Specialized Medical Equipment and Supplies |
| Supports for Participant Direction | Community Support Services |
| Supports for Participant Direction | Financial Management Services |
| Supports for Participant Direction | Support Broker Services |
| Other Service | Adult Day Care |
| Other Service | Behavior Consultation/Crisis Management |
| Other Service | Chore Services |
| Other Service | Environmental Accessibility Adaptations |
| Other Service | Home Delivered Meals |
| Other Service | Personal Emergency Response System |
| Other Service | Skilled Nursing |
| Other Service | Transportation |

# Appendix C: Participant Services
## C-1/C-3: Service Specification

State laws, regulations and policies referenced in the specification are readily available to CMS upon request through the Medicaid agency or the operating agency (if applicable).

**Service Type:**
Statutory Service

**Service:**
Residential Habilitation

**Alternate Service Title (if any):**

**Service Definition** *(Scope):*
Residential habilitation services consist of an integrated array of individually-tailored services and supports furnished to eligible participants which are designed to assist them to reside successfully in their own homes, with their families, or alternate family home. The services and supports that may be furnished to an eligible individual consist of the following:

1. Habilitation Services aimed at assisting the individual to acquire, retain or improve his/her ability to reside as independently as possible in the community and/or to maintain family unity and provides training in one or more of the following areas:

Skills Training in Decision Making including the identification of and response to dangerous or threatening situations, making decisions and choices affecting the individual's life, and initiating changes in living arrangements or life activities;

Money management consists of training and/or assistance in handling personal finances, making purchases, and meeting personal financial obligations;

Daily living skills, including training in accomplishing routine housekeeping tasks, meal preparation, dressing, personal hygiene, self-administration of medications, and other areas of daily living including proper use of adaptive and assistive devices, appliances, home safety, first aid, and emergency procedures;

Socialization: including training and/or assistance in participation in general community activities and establishing relationships with peers with an emphasis on connecting the waiver participants to their community. Training associated with participation in community activities includes assisting the individual to identify activities of interest, working out arrangements to participate in such activities, and identifying specific training activities necessary to assist the individual to continue to participate in such activities on an on-going basis. Socialization services do not include participation in non-therapeutic activities which are merely divers ional or recreational in nature;

Mobility, including training and/or assistance aimed at enhancing movement within the person's living arrangement, mastering the use of adaptive aids and equipment, accessing and using public transportation, independent travel, or movement within the community;

Behavior Shaping and management includes training or assistance in appropriate expressions of emotions or desires, assertiveness, acquisition of socially-appropriate behaviors; or
Extension of therapeutic services, which consists of conducting exercises or reinforcing physical, occupational, speech and other therapeutic programs.

2. Personal Assistance Services, necessary to assist the individual in daily living activities, household tasks, and such other routine activities as the person or the person's primary caregiver(s) are unable to accomplish on his or her own behalf. Personal assistance activities include direct assistance with grooming, bathing, and eating, assistance with medications that are ordinarily self-administered; supervision; communication assistance, reporting changes in the waiver participant's condition and needs; household tasks essential to health care at home to include general cleaning of the home, laundry, meal planning and preparation, shopping, and correspondence.

3. Skills Training to teach waiver participants, family members, alternative family caregiver(s), or an individual's roommate or neighbor to perform activities with greater independence and to carry out or reinforce habilitation training. Services are focused on training and are not designed to provide substitute task performance. Skills training is provided to encourage and accelerate development in independent and daily living skills, self-direction, money management, socialization, mobility and other therapeutic programs.

Payments for residential habilitation may include payments to family members identified as providers of residential habilitation services. Family members who provide residential habilitation services must meet the standards set forth for providers. No such payments will be made to the spouse of the waiver participant. The payments for residential habilitation services exclude the costs of room and board expenses, including general maintenance, upkeep or improvement to the individual's own home or that of his/her family. The nature and the types of residential habilitation services to be furnished to the waiver participant will be set out in the individual's support plan.

**Specify applicable (if any) limits on the amount, frequency, or duration of this service:**

**Service Delivery Method** *(check each that applies):*

    ☐ **Participant-directed as specified in Appendix E**
    ☑ **Provider managed**

**Specify whether the service may be provided by** *(check each that applies):*
    ☐ **Legally Responsible Person**
    ☑ **Relative**
    ☑ **Legal Guardian**

**Provider Specifications:**

| Provider Category | Provider Type Title |
|---|---|
| Individual | Certified Family Home Providers |
| Agency | Residential Habilitation Agency |

## Appendix C: Participant Services

### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Residential Habilitation**

**Provider Category:**
Individual ▾

**Provider Type:**
Certified Family Home Providers

**Provider Qualifications**

**License** *(specify):*

[ ]

**Certificate** *(specify):*
Certified Family Home Certificate as described in Idaho Administrative Code at IDAPA 16.03.19.

**Other Standard** *(specify):*
Certified Family Home Providers under the DD Waiver Program must receive residential habilitation program coordination services through the Department or as established by the Department through a Department Contractor, and meet the standards set forth in IDAPA 16.03.10.705 for waiver service providers:

Be at least 18 years of age; be a high school graduate or have a GED or demonstrate the ability to provide services according to an individual service plan; have current CPR and First Aid certifications; be free from communicable diseases; pass a criminal background check; have appropriate certification or licensure if required to perform tasks which require certification or licensure. Prior to assisting with participant medications, providers must successfully complete and follow the approved "Assistance with Medications" course.

Participate in an orientation program prior to performing services. The orientation program must include the following subjects: the purpose and philosophy of services; service rules; policies and procedures; proper conduct in relating to waiver participants; handling of confidential and emergency situations that involve the waiver participant; participant rights; methods of supervising participants; working with individuals with developmental disabilities; and training specific to the needs of the participant.

All Certified Family home providers are required to complete ongoing and additional training must be completed within six months of of providing residential habilitation services for a DD Waiver participant and to include must include: instructional techniques - methodologies for training in a systematic and effective manner; managing behaviors - techniques and strategies for teaching adaptive behaviors; feeding; communication; mobility; activities of daily living; body mechanics and lifting techniques; housekeeping techniques; and maintenance of a clean, safe, and healthy environment.

The Department or the Department Contractor for Program Coordination services is responsible for providing on-going training to the certfied family home provider that is specific to the needs of the participant identified on the participants individual service plan and as needed.

All skill training for certified family home providers must be provided by the Department or it's Program Coordination Contractor. The program coordinator is a Qualified Mental Retardation Professional (QMRP) who has demonstrated experience in writing skill training programs.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
Deparment of Health & Welfare

**Frequency of Verification:**
Certification of Certified Family Home reviewed annually.  Residential habilitation provider
requirements reviewed at least every two years.

## Appendix C: Participant Services
### C-1/C-3: Provider Specifications for Service

**Service Type: Statutory Service**
**Service Name: Residential Habilitation**

**Provider Category:**
Agency

**Provider Type:**
Residential Habilitation Agency

**Provider Qualifications**
License *(specify)*:

Certificate *(specify)*:
As described in IDAPA 16.04.17 and IDAPA 16.03.10.705.
Other Standard *(specify)*:
Residential Habilitation Agencies must comply with all standards contained in IDAPA 16.03.10.705
and IDAPA 16.04.17.  As outlined in these rules, direct service staff must meet the following
qualifications:

Be at least 18 years of age; be a high school graduate or have a GED or demonstrate the ability to
provide services according to an individual support plan; have current CPR and First Aid
certifications; be free from communicable diseases; pass a criminal background check; have
appropriate certification or licensure if required to perform tasks which require certification or
licensure.  Prior to assisting with participant medications, providers must successfully complete and
follow the approved "Assistance with Medications" course.

Participate in an orientation program prior to performing services.  The orientation program must
include the following subjects: the purpose and philosophy of services; service rules; policies and
procedures; proper conduct in relating to waiver participants; handling of confidential and emergency
situations that involve the waiver participant; participant rights; methods of supervising participants;
working with individuals with developmental disabilities; and training specific to the needs of the
participant.

Additional training must be completed within six months of employment with the residential
habilitation agency and must include: instructional techniques - methodologies for training in a
systematic and effective manner; managing behaviors - techniques and strategies for teaching
adaptive behaviors; feeding; communication; mobility; activities of daily living; body mechanics and
lifting techniques; housekeeping techniques; and maintenance of a clean, safe, and healthy
environment.

The residential habilitation agency is responsible for providing on-going training to agency staff
specific to the needs of the participant as needed.

All skill training for direct service staff must be provided by the Residential Habilitation Agency
through a  Qualified Mental Retardation Professional (QMRP) who has demonstrated experience in
writing skill training programs.

**Verification of Provider Qualifications**
**Entity Responsible for Verification:**
Department of Health & Welfare
**Frequency of Verification:**
At least every two years.

**EXHIBIT B**

**EMAIL ACKNOWEDGMENT FROM
CENTERS FOR MEDICARE AND MEDICAID
SERVICES FOR 1915(c) WAIVER
AMENDMENT APPLICATION SUBMITTED
ON JULY 22, 2011**

**Smith, Clay**

| | |
|---|---|
| **From:** | system@thomson.com |
| **Sent:** | Friday, July 22, 2011 4:03 PM |
| **To:** | Strutton, Rachel D. - Medicaid; Strutton, Rachel D. - Medicaid; Lee, Kathy - Medicaid; Clement, Leslie - CO 10th; carol.peverly@cms.hhs.gov; daphne.hicks@cms.hhs.gov; jan.mertel@cms.hhs.gov; Wendy.Hillpetras@cms.hhs.gov; susan.cummins@cms.hhs.gov |
| **Subject:** | {1915(c)} Waiver Request {ID.0076.04.04}: Submitted |

{1915(c)} Waiver Request {ID.0076.04.04}: Submitted on {07/22/2011 18:01:55}.

Original Waiver {ID 0076}.