James M. Piotrowski
Marty Durand
HERZFELD & PIOTROWSKI, LLP
P.O. Box 2864
824 West Franklin
Boise, Idaho  83701
Telephone: (208) 331-9200
Facsimile: (208) 331-9201

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RUSSEL KNAPP, et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>RICHARD ARMSTRONG, and<br>LESLIE CLEMENT,<br><br>    Defendants. | Case No. 1:11-CV-307<br><br>PLAINTIFFS' OBJECTION TO DEFENDANTS' REQUEST TO SHORTEN TIME |

    COME NOW the Plaintiffs, by and through undersigned counsel, and hereby object to Defendants' request to expedite proceedings on their Motion to Vacate Preliminary Injunction. Plaintiffs object to Defendants' request for the following reasons:

    1.    The expedited schedule Defendants request is unreasonable and would be impossible for Plaintiffs to meet.

        a.    Lead Counsel, James Piotrowski, is unavailable as he is taking a brief family vacation (his first in many months) which has been planned for several months.  He will be out of the office from Thursday, October 20th through Monday October 24th.

1. Objection to Motion to Shorten Time.

      b.     Beginning on October 24th, the firm of Herzfeld and Piotrowski will be engaged in intensive trial preparation for a month long, class action suit alleging wage and hour violations on behalf of a class of nearly 600 paper mill workers scheduled to begin on October 31, 2011 in Multnomah County, Oregon.  Counsels' availability will be significantly restricted both before and during trial.

      2.     The issues presented in this action are complex, and require extensive research and briefing.  This simply cannot be accomplished in the short time Defendants request.  The issues include the level of deference due to a federal agency when it approves a Medicaid waiver amendment, whether the doctrine of primary jurisdiction has any application and if so, how, whether a selective contract for Medicaid services is subject to the Social Security Act's restrictions on quality of and access to care, whether a challenge to application of the waiver amendment on those grounds requires that the Secretary of Health and Human Services be made a party defendant in the action, whether Plaintiffs may amend their complaint to make the Secretary a party defendant, and, in a general sense, the rights of Medicaid participants to select their own service providers.

      3.     Disposition of this action requires review of documents that have not been produced or made available.  Plaintiffs anticipate making discovery requests to obtain information related to CMS's decision to approve the waiver amendment.  In granting this injunction, the Court specifically found, "In the event that CMS renders its decision without analysis of the applicable provisions of the Medicaid Act, the Court may consider a renewed motion by Plaintiffs."  Memorandum Decision and Order, Docket 69, p. 19.  It appears from the current, scant record that CMS did precisely that (i.e., rendered its decision without any analysis whatsoever), but full review of the available evidence will be necessary.

2. Objection to Motion to Shorten Time.

For the reasons set forth above, Plaintiffs object to Defendants request to shorten time and expedite these proceedings.  Plaintiffs, in fact, are currently evaluating whether they will need to seek an extension of their time in which to respond to the motion, particularly based upon the need for review of evidence not presently in Plaintiffs' possession and which Defendants have not chosen to make part of the record in support of their motion to vacate the injunction.

DATED this 19th day of October, 2011.

HERZFELD & PIOTROWSKI, LLP

_____/s/_____
James M. Piotrowski
Marty Durand
Attorneys for Plaintiffs

3. Objection to Motion to Shorten Time.

## **CERTIFICATE OF SERVICE**

I certify that I have caused a true and correct copy of the foregoing to be served upon the individuals identified below via CM/ECF filing:

Clay Smith
Deputy Attorney General

Dated this 19th day of October, 2010.

                                                                                 /s/
                                                            James M. Piotrowski

4.  Objection to Motion to Shorten Time.